# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR119 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LEONEL GARCIA-PADILLA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant Leonel Garcia-Padilla's motion for continuance of the defendant's trial (Filing No. 60). Upon consideration,

**IT IS ORDERED:**

The defendant Leonel Garcia-Padilla's motion for continuance (Filing No. 60) is denied.

DATED this 27th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge