IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONEL GARCIA-PADILLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing regarding the attached fax, received today by the court, is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 14, 2007, at 2:30 p.m.**  Since this is a criminal case, the defendant shall be present, unless excused by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 9th day of May, 2007.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge

MAY. 9. 2007 8:28AM    US ATTORNEY OMAHA NEBRASKA                    NO. 5626   P. 2

FAX: TO Marshalls
TO. Buck  Urgent

## CASS COUNTY CORRECTIONS
### INMATE REQUEST
DATE 05/08/07

MEDICAL/(BOOKING)/ REQUEST/ GRIEVANCE/ CHAPLAIN/OTHER SERVICES
(Circle appropriate request)

INMATES NAME (Print) César Leonel Garcia p. Living Unit M1

Mr. Buck I just receive a letter from my wife and she tells me that they hit her the reason is because this guy find out that I was going to have a meeting with the government I been waiting for my lawer to contact me but hes has fail to do so Sir is there anything you can do, I would like to fire my lawyer and get a public deffender can you arange this or what do I need to do because I was going to talk with Mr. Sigler about information on my case but I think my lawyer is not doing his work so could you please see to this because my family is in dunger I do need to talk to Mr. Sigler

Inmates Signature _____

Response  I WILL INFORM MR SIGLER OF YOUR MESSAGE

Staff Signature  Buck View  USMS       Date 5/8/07