IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR119 |
| vs. | ) | ORDER |
| LEONEL GARCIA-PADILLA, | ) | |
| Defendant. | ) | |

Before the court is Filing No. 128, the defendant's Motion to Compel Requested Transcripts. The court has reviewed the matter and notes that no transcript of the sentencing hearing has ever been prepared and, therefore, cannot be produced. Arrangements to obtain a copy of the transcript must be made with the court reporter, Allan Kuhlman, Suite 3122, 111 So. 18th Plaza, Omaha, NE 68102. Accordingly,

IT IS ORDERED that defendant's Motion to Compel Requested Transcripts is denied.

DATED this 15th day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge