IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR119 |
| v. | ) | |
| LEONEL GARCIA-PADILLA, | ) | ORDER |
| Defendant. | ) | |

On the court's own motion, the hearing on defendant's 28 U.S.C. §2555 Motion to Vacate (Filing No. 131), is rescheduled to **August 28, 2009, at 1:30 p.m. Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska**.

The defendant will not appear in person at the hearing. If the defendant wishes to participate telephonically, his attorney must make the necessary arrangements through the Bureau of Prisons.

DATED this 8th day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge